No. 2271.—Pueblo, Apdo., *v.* Soldevila, Aplte.—C. D. Ponce. Homicidio. Abril 24, 1924.

No. 2266.—El Pueblo, Apdo., *v.* Báez, Aplte.—C. D. Humacao. Acometimiento. Mayo 5, 1924.

No. 2294. — El Pueblo, Apdo., *v.* Acosta, Aplte. — C. D. Mayagüez. Hurto. Mayo 19, 1924.

No. ———.—Nicolau et al., Apdos., *v.* Asamblea Municipal de Caguas, Aplte.—C. D. Humacao. Mayo 5, 1924.

No. 3327.—Nazario, Apdo., *v.* Comisión de Indemnizaciones a Obreros, Aplte.—C. D. San Juan, Disto. 1º. *Certiorari.* Mayo 20, 1924.

No. 3259.—Correa, Apda., *v.* Fajardo Sugar Company, Aplte. — C. D. San Juan, Disto. 1º. Daños y perjuicios. Mayo 19, 1924.

No. 3344.—Orcasitas, Apda., *v.* Fernández García, Aplte. —C. D. San Juan, Disto. 2º. Desahucio. Mayo 20, 1924.

No. 2893.—Gordils, Aplte., *v.* Blazquez, Apdo.—C. D. Arecibo. Daños y perjuicios. Mayo 21, 1924.

No. 3328.—Cruz, Apda., *v.* Comisión de Indemnizaciones a Obreros, Aplte. — C. D. San Juan, Disto. 1º. *Certiorari.* Mayo 26, 1924.

No. 3333.—Gautier et al., Apdos., *v.* Falú et al., Apltes. —C. D. San Juan, Disto. 2º. Administración judicial. Junio 6, 1924.

No. 2305. — El Pueblo, Apdo., *v.* Burgos, Aplte. — C. D. Ponce. Mutilación. Junio 12, 1924.

No. 2306. — El Pueblo, Apdo., *v.* Burgos, Aplte. — C. D. Ponce. Homicidio voluntario. Junio 12, 1924.

No. 2315. — El Pueblo, Apdo., *v.* Flores, Aplte. — C. D. Mayagüez. Asesinato. Junio 26, 1924.

No. 3247. — Texidor, Apdo., *v.* Asamblea Municipal de Arecibo, Aplte.—C. D. Arecibo. *Certiorari.* Junio 27, 1924.

No. 2329.—El Pueblo, Apdo., *v.* Cestero, Aplte.—C. D. San Juan, Disto. 1º. Homicidio voluntario. Julio 19, 1924.

No. 3389.—Sucesores de H. Joglar, Apdo., *v.* Hernández,